IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ED McKOWN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-0271-CV-W-DW |
| ) | |
| SAFECO PROPERTY AND ) | |
| CASUALTY INSURANCE ) | |
| ) | |
| Defendant. ) | |

ORDER

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. 59). The parties move the Court to dismiss this case with prejudice with each party to bear their own costs. Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE with each party to bear its own costs. FED. R. CIV. P. 41. The clerk of the court shall mark this case as closed.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE:  November 7, 2005